BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-02297-KJM-CKD |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| APPROXIMATELY $120,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $90,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $105,000.00 IN U.S. CURRENCY SEIZED FROM SAFE DEPOSIT BOX NUMBER 1526 AT BANK OF AMERICA, | |
| Defendants. | |

The United States of America applies for an order of publication as follows:

1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2.      Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3.      The defendants Approximately $120,000.00 in U.S. Currency and the

1

Approximately $90,000.00 in U.S. Currency were seized on June 27, 2012 in Oroville, in Butte County, California and the Approximately $105,000.00 in U.S. Currency seized from safe deposit box number 1526 at Bank of America (collectively "defendant currency") was seized on July 3, 2012 in Chico, in Butte County, California.

    4.    The United States proposes that publication be made as follows:

    a.    One publication;

    b.    Thirty (30) consecutive days;

    c.    On the official internet government forfeiture site www.forfeiture.gov;

    d.    The publication is to include the following:

    (1)    The Court and case number of the action;

    (2)    The date of the seizure/posting;

    (3)    The identity and/or description of the property seized/posted;

    (4)    The name and address of the attorney for the Plaintiff;

    (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

///
///
///
///
///
///
///
///
///
///

2

1      (6)    A statement that answers to the Complaint or a motion

2 under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must

3 be filed and served within 21 days after the filing of the claims and, in the absence

4 thereof, default may be entered and condemnation ordered.

5 Dated:   11/4/13                     BENJAMIN B. WAGNER

6                                      United States Attorney

7

8                           By:    /s/ Kevin C. Khasigian   

9                                 KEVIN C. KHASIGIAN

                                Assistant U.S. Attorney

10

11             IT IS SO ORDERED.

12 Dated:  December 3, 2013

13

14                        CAROLYN K. DELANEY

                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application and Order
For Publication