IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $120,000.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $90,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $105,000.00 IN U.S. CURRENCY SEIZED FROM SAFE DEPOSIT BOX NUMBER 1526 AT BANK OF AMERICA,<br><br>　　　　Defendants. | 2:13-CV-02297-KJM-CKD<br><br>FINAL JUDGMENT OF FORFEITURE |

　　　　Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

　　　　1.　　This is a civil action *in rem* brought against Approximately $120,000.00 in U.S. Currency,  Approximately $90,000.00 in U.S. Currency and Approximately $105,000.00 in U.S. Currency seized from Safe Deposit Box Number 1526 at Bank of America (hereafter collectively "defendant currency"), which was seized on June 27, 2012 ($120,000 and $90,000) and July 3, 2012 ($105,000).

////

1

2.   A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 4, 2013, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.   On November 5, 2013, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on November 7, 2013.

4.   Beginning on December 4, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on July 2, 2014.

5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individual(s): Alejandro Aguirre.

6.   Claimant Alejandro Aguirre filed a claim alleging an interest in the defendant currency on December 3, 2013 and an answer to the complaint on March 6, 2014.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

7.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

8.   Judgment is hereby entered against claimant Alejandro Aguirre and all other potential claimants who have not filed claims in this action.

9.   Upon entry of a Final Judgment of Forfeiture, the Approximately $120,000.00 in U.S. Currency, the Approximately $90,000.00 in U.S. Currency and $45,000.00 of the $105.000.00 in U.S. Currency seized from safe deposit box number 1526 at Bank of America, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

10.  Upon entry of a Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $60,000.00 of the $105.000.00 in U.S. Currency seized from safe deposit box number 1526 at Bank of America shall be returned to claimant Alejandro Aguirre through his attorney David M. Michael.

11.  That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  Alejandro Aguirre waived the provisions of California Civil Code § 1542.

12.  Claimant Alejandro Aguirre waives any and all claim or right to interest that may have accrued on the defendant currency.

13.  All parties are to bear their own costs and attorneys' fees.

14.  The undersigned shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

15.  Based upon the allegations set forth in the Complaint filed November 4, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED:  October 14, 2014..

_____
UNITED STATES DISTRICT JUDGE